**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SQOR, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2701441** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **475 Sansome St.**<br>**San Francisco, CA 94111**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.sqor.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___5416___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

**11.  Why is the case filed in** ***this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

           Contact name  _____

           Phone  _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 3 of 89

| Debtor | **SQOR, Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2017**
                MM / DD / YYYY

**X** **/s/ Brian Wilhite**
Signature of authorized representative of debtor

Title    **CEO**

**Brian Wilhite**
Printed name

**18. Signature of attorney**

**X** **/s/ Stephen D. Finestone**                Date    **October  3, 2017**
Signature of attorney for debtor                        MM / DD / YYYY

**Stephen D. Finestone**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St., 20th Floor
San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone    **415 421-2624**    Email address    **sfinestone@fhlawllp.com**

**125675**
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 3, 2017**     *X* **/s/ Brian Wilhite**
                                              Signature of individual signing on behalf of debtor

                                              **Brian Wilhite**
                                              Printed name

                                              **CEO**
                                              Position or relationship to debtor

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 5 of 89

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*........................................................................................ $ _____ 0.00

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*...................................................................................... $ _____ 4,000.00

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*........................................................................................ $ _____ 4,000.00

---

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 18,666,363.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ _____ 17,269.00

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____ 2,173,970.30

4.  **Total liabilities** ....................................................................................................
  Lines 2 + 3a + 3b

  $ _____ 20,857,602.30

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 6 of 89

**Fill in this information to identify the case:**

Debtor name   **SQOR, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Chase Bank- account was recently levied upon by a creditor** | **Checking** | **$4,000.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                       **$4,000.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Directors and Officers Insurance Policy - tail coverage in place** | **Unknown** |
| --- | --- | --- |

9.      **Total of Part 2.**                                                        **$0.00**
      Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 7 of 89

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
□ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
□ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
□ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

□ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 8 of 89

| **URLs, tradename and other intellectual property assets** | $0.00 | | Unknown |
|---|---|---|---|

62.　**Licenses, franchises, and royalties**

63.　**Customer lists, mailing lists, or other compilations**

64.　**Other intangibles, or intellectual property**

65.　**Goodwill**

66.　**Total of Part 10.**

　　　Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　　　■ No
　　　☐ Yes

68.　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　■ No
　　　☐ Yes

69.　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No.  Go to Part 12.
　　■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.　**Notes receivable**
　　　Description (include name of obligor)

72.　**Tax refunds and unused net operating losses (NOLs)**
　　　Description (for example, federal, state, local)
　　　**Estimated net operating losses of approximately $40,000,000 from 2013 onward** | Tax year | | Unknown

73.　**Interests in insurance policies or annuities**

74.　**Causes of action against third parties (whether or not a lawsuit has been filed)**

75.　**Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.　**Trusts, equitable or future interests in property**

77.　**Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

78.     **Total of Part 11.**                                                                          $0.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,000.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Callais Capital** | **$18,666,363.00** | **Unknown** |
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**appear to have blanket UCC; one UCC filed 8/2015 and one filed 5/2017**

**401 Focus St.**
**Thibodaux, LA 70301**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$18,666,363. 00** |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 12 of 89

| Fill in this information to identify the case: |

Debtor name  **SQOR, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Employment Development Dept.**<br>**Bankruptcy Unit - MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**State of California**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-5000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    52896                    Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7316** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**San Francisco Tax Collector**<br>**P.O. Box 7427**<br>**San Francisco, CA 94120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,269.00** | **$17,269.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unsecured property tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**State Board of Equalization**<br>**State of California**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Action Screen Printers, Inc.**<br>**13134 Highway 190**<br>**Covington, LA 70433**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$601.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Adriano de Souza**<br>**3204 Avenido del Presidente #19**<br>**San Clemente, CA 92672**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,631.00** |

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 14 of 89

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
|---|---|---|---|

**Aisling Daly**

24 Kilworth Rd., Drimnagh
Dublin 12
IRELAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,122.00** |
|---|---|---|---|

**Alan Jouban**
10937 Bloomfield St. #6
Studio City, CA 91602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,991.00** |
|---|---|---|---|

**Amazon Web Services**
P.O. Box 84023
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew D. Castricone**
Gordon Rees et al.
275 Battery St., Ste. 2000
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation counsel**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Applause, Inc.**
PO Box 347435
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
|---|---|---|---|

**Ashlynn Harris**
10960 Wilshire Blvd Suite 2200
Los Angeles, CA 90024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |
|---|---|---|---|

**Avery Williamson**
377 Athens Way # 220
Nashville, TN 37228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Baker & McKenzie** | ☐ Contingent | |
| | **Bethmannstraße 50-54**<br>**60311 Frankfurt**<br>**GERMANY** | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.00** |
|---|---|---|---|
| | **Barbara Honchak**<br>**1505 State Ave.**<br>**Hampton, IL 61256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,486.00** |
|---|---|---|---|
| | **Barney & Barney**<br>**Lockbox 740663**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,750.00** |
|---|---|---|---|
| | **Basho Technologies, Inc.**<br>**1500 District Ave**<br>**Burlington, MA 01803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bejamin G. Newman**<br>**104 Chestnut Hill Road**<br>**Flora, MS 39071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Notice only** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|
| | **Booker Huffman**<br>**1005 Clover Ridge Avenue**<br>**Friendswood, TX 77546** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,884.00** |
|---|---|---|---|
| | **BrandAmp, LLC**<br>**3101 W Coast Hwy Suite 100**<br>**Newport Beach, CA 92663** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 16 of 89

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandon Abidin**
**16939 Highland Club Ave**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00** |
|---|---|---|---|

**Brandon J. Williams**
**c/o SportsTrust Advisors/Julia Lauria**
**3340 Peachtree Rd NE Suite 1600**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brett Favre**
**1 Willow Bend Dr.**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian May**
**10606 Timberlake Ave.**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian May**
**17525 Hazeltine Drive**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Wilhite**
**475 Sansome Street**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,400.00** |
|---|---|---|---|

**Brightcove, Inc.**
**PO Box 83318**
**Woburn, MA 01813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 17-30995  Doc# 1  Filed: 10/03/17  Entered: 10/03/17 16:45:17  Page 17 of 89

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $337.00 |
|------|------|------|------|
| | **Calais Campbell** | ☐ Contingent | |
| | **120 E. Rio Salado Parkway #104** | ☐ Unliquidated | |
| | **Tempe, AZ 85281** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------|------|------|
| | **Carastone** | ☐ Contingent | |
| | **Attn: Adam Vickers** | ☐ Unliquidated | |
| | **650 Poydras St., Ste. 1130** | ☐ Disputed | |
| | **New Orleans, LA 70130** | **Basis for the claim:** **Notice only** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $886.00 |
|------|------|------|------|
| | **Carlos Condit** | ☐ Contingent | |
| | **10202 Karen NE** | ☐ Unliquidated | |
| | **Albuquerque, NM 87111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------|------|------|
| | **Casey Cuntz** | ☐ Contingent | |
| | **21216 W. Kelsey Creek Trail** | ☐ Unliquidated | |
| | **Cypress, TX 77433** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **convertible noteholder** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,692.00 |
|------|------|------|------|
| | **Cat Osterman** | ☐ Contingent | |
| | **1202 Doral Ct** | ☐ Unliquidated | |
| | **San Antonio, TX 78260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,306.00 |
|------|------|------|------|
| | **Cat Zingano** | ☐ Contingent | |
| | **341 East Alondra Blvd.** | ☐ Unliquidated | |
| | **Gardena, CA 90248** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|
| | **Cetera Investments** | ☐ Contingent | |
| | **FBO Peter J. Bush** | ☐ Unliquidated | |
| | **400 First Street South, Suite 300** | ☐ Disputed | |
| | **Saint Cloud, MN 56301** | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$60,000.00** |

**Chameleon Collective**
**10012 NW 2nd Street**
**Plantation, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**Charles Baker**
**2800 JP Morgan Chase Tower**
**600 Travis**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **convertible noteholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Charles Haddad**
**230 Rosewood Drive**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Charles J. Duhe, Jr.**
**8550 United Plaza Boulevard, Suite 101**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$19,177.00** |

**Chase Bank**
**401 California St.**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8324**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$8,000.00** |

**Chris Donnelly**
**465 Throckmorton**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**Chris Miles**
**694 Tatum Camp Rd.**
**Purvis, MS 39475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **convertible noteholder**

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 19 of 89

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chris Reddish**
6378 Oakleigh Way
Mobile, AL 36693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Chris Weidman**
17461 Derian Ave Suite 108
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Christiane Justino**
2414 North Tustin Avenue #G9
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CIP Holding AG**

Oberanger 32
Munich 80331
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CIP Services AG**

Oberanger 32
D-80331 Munich
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,939.00 |

**Clearside, Inc.**
PO Box 7806
San Francisco, CA 94120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Cockrell Group Accounting**
271 17th St. NW
Suite 530
Atlanta, GA 30363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 20 of 89

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Cohn & Wolfe**<br>**PO Box 101890**<br>**Atlanta, GA 30392** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,000.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Colin Ryan**<br><br>**Carnakilla Newmarket on Fergus**<br>**County Clare**<br>**IRELAND** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Compas Global Technologies**<br>**1018 Fulton Street**<br>**Palo Alto, CA 94301** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,000.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Curtis Chastain**<br>**6233 Overton Dr.**<br>**Baton Rouge, LA 70808** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** convertible noteholder | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Dan Black**<br>**1201 W 18th Street**<br>**Antioch, CA 94509** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,149.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Dan Williams**<br>**9777 Wilshire Blvd Suite 1018**<br>**Beverly Hills, CA 90202** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Daniel Jeremiah**<br>**35069 Slater Ave.**<br>**Winchester, CA 92596** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$292.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 21 of 89

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,407.00** |
|---|---|---|---|

**Danny Castillo**
**2012 P Street**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darryl May**
**17807 Cascades Avenue**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Databricks**
**160 Spear Street Floor 13**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,670.00** |
|---|---|---|---|

**Datadog, Inc.**
**620 8th Ave.**
**Floor 45**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Delucci**
**8280 YMCA Plaza Dr # 5**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**David Murnick**
**237 Old Farm Lane**
**Fairfield, CT 06825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean Hulett**
**833 Osprey Cove**
**Biloxi, MS 39532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 22 of 89

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |
|---|---|---|---|

**Delanie Walker**
**6080 Center Drive 6th Floor**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**DeMarcus Lawrence**
**P.O. Box 463**
**O Fallon, IL 62269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis Lowry**
**112 King Ranch Drive**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.00 |
|---|---|---|---|

**Devon Still**
**10635 NW 69th Pl**
**Parkland, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dimitrios Bachadakis**
**Oberanger 32, 80331**
**Munich**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $829.00 |
|---|---|---|---|

**Dont'a Hightower**
**c/o SportsTrust Advisors/Julia Lauria**
**3340 Peachtree Rd NE Suite 1600**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dos Gris Exploration LLC**
**c/o Mike Worley**
**303 Timber Creek**
**Hammond, LA 70403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 23 of 89

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| 3.66 | **Drew Gaudet**<br>**18550 Amen Corner Ct.**<br>**Baton Rouge, LA 70810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| 3.67 | **Dwayne Harris**<br>**1001 Lake Carolyn Parkway Apt. 214**<br>**Irving, TX 75039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| 3.68 | **Edward Koller, Jr.**<br>**167 East 61st Street, Apt 10C**<br>**New York, NY 10065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| 3.69 | **Emaleigh White**<br>**475 Sansome Street**<br>**San Francisco, CA 94111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| 3.70 | **Empower Gym**<br>**747 Front St**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| 3.71 | **Eric James**<br>**c/o P&H Properties LLC**<br>**140 Mayfair Rd., #800**<br>**Hattiesburg, MS 39402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **convertible noteholder** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,000.00 |
|---|---|---|---|
| 3.72 | **Erlang Solutions**<br><br>**101 Black Church Lane**<br>**London E1 1 LU**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 24 of 89

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Filipe Toledo**
**1618 Via Sage**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,504.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**First Insurance Funding Corp.**
**PO Box 7000**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,212.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Foley & Lardner**
**321 North Clark Street #2800**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Franklin J. Fleischhauer**
**4220 Montalvo Drive**
**Pensacola, FL 32504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Franklin R. Johnson, Jr.**
**10154 Jefferson Hwy Suite 4**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Frostee Rucker**
**4360 Brownsboro Road Suite 101**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Gary Noel**
**17836 N. LA Hwy 82**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible noteholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 25 of 89

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Geno Atkins**
c/o SportsTrust Advisors/Julia Lauria
3340 Peachtree Rd NE Suite 1600
Atlanta, GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,710.00 |
|---|---|---|---|

**Gordon & Rees**
1111 Broadway, Ste. 1700
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.00 |
|---|---|---|---|

**Gordon D'Arcy**

Leinster Rugby Newstead, Bldg. A
Clonskeagh, Dublin
IRELAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Young**
605 10th Ave
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Greenhouse Software, Inc.**
110 Fifth Avenue 3rd Floor
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.00 |
|---|---|---|---|

**Greg Jennings**
4603 Annaway Drive
Edina, MN 55436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Jizmagian**
559 Placitas Ave
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 26 of 89

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,160.00 |
|---|---|---|---|

**Guillermo Rivera**

Lafinur 2974 2B
Buenos Aires, CABA 1425
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,921.00 |
|---|---|---|---|

**Gunnar Nelson**
c/o Paradigm MMA Mgmt
17451 Derian Ave Ste 108
Irvine, CA 94974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.00 |
|---|---|---|---|

**Hanson Bridgett LLP**
425 Market St.
26th Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,142.00 |
|---|---|---|---|

**HBK-Shawn Michaels**
3748 Catclaw Dr #262
Abilene, TX 79606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Benner**
55 Rainbow Circle
Danville, CA 94506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **convertible noteholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,495.00 |
|---|---|---|---|

**HireAthena**
171 2nd St., #3
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **office services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,495.00 |
|---|---|---|---|

**HireAthena**
5 Third St., Suite 900
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 27 of 89

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,521.00 |
|---|---|---|---|

**Jake Shields**
**P.O. Box 2002**
**Arnold, CA 95224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,237.00 |
|---|---|---|---|

**Jake VanLandingham**
**2570 Manassas Way**
**Tallahassee, FL 32312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James F. Fruge**
**8655 Jefferson Hwy, Unit 1**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**James Moontasri**
**1114 West 204th Street**
**Torrance, CA 90502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Westermeyer**
**120 Forest Hill Drive**
**Clayton, CA 94517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Fenton**
**119 W. Canebrake Blvd.**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **convertible noteholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,342.00 |
|---|---|---|---|

**Jessamyn Duke**
**16800 Sierra Vista Way**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jim Calhoun** | ☐ Contingent | |
| | **PO Box 884** | ☐ Unliquidated | |
| | **Ross, CA 94957** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jimmie B. Hammack** | ☐ Contingent | |
| | **17143 N. Lakeway** | ☐ Unliquidated | |
| | **Baton Rouge, LA 70810** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Jimmy Howard** | ☐ Contingent | |
| | **333 Millikens Bend** | ☐ Unliquidated | |
| | **Hattiesburg, MS 39402** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** convertible noteholder | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Joe Lauzon** | ☐ Contingent | |
| | **6529 Southpoint Drive** | ☐ Unliquidated | |
| | **Dallas, TX 75248** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,518.00** |
|---|---|---|---|
| | **Joel Bolomboy** | ☐ Contingent | |
| | **325 N LaSalle Street Suite 650** | ☐ Unliquidated | |
| | **Chicago, IL 60654** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Business debt | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **John & Elisha Dudney** | ☐ Contingent | |
| | **10574 Shore Cove** | ☐ Unliquidated | |
| | **Biloxi, MS 39532** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **John Durham** | ☐ Contingent | |
| | **550 Montgomery St., #750** | ☐ Unliquidated | |
| | **San Francisco, CA 94104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** notice only | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 29 of 89

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Durham**
**2344 Golden Gate**
**San Francisco, CA 94118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John E. Lord**
**One LLP**
**9301 Wilshire Blvd., PH**
**Beverly Hills, CA 90210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Held**
**9595 Six Pines Drive, Suite 8210**
**The Woodlands, TX 77380**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,315.00 |
|---|---|---|---|

**Johnny Hendricks**
**6529 Southpoint Dr.**
**Dallas, TX 75248**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Jon Jones**
**7340 SW 48th Street Suite 108B**
**Miami, FL 33155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Jones**
**7340 SW 48th Street Suite 108B**
**Miami, FL 33155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**JR Smith**
**4 Molsbury Lane**
**Millstone Township, NJ 08510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 30 of 89

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JRAD Solutions, LLC**
**c/o Ricky Simmons**
**8280 YMCA Plaza Dr, Bldg 7**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian Aldridge**
**49 Mariner Green Dr.**
**Corte Madera, CA 94925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,228.00** |
|---|---|---|---|

**Julianna Pena**
**206 E. St. Thomas More Way**
**Spokane, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$245.00** |
|---|---|---|---|

**Justine Kish**
**1008 Middleton Ct**
**Cramerton, NC 28032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kathy Worley**
**22784 Ligon Road**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$144.00** |
|---|---|---|---|

**Katie Chung Hua**
**1735 N La Brea Ave #405**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,851.00** |
|---|---|---|---|

**Keating Consulting Group**
**1735 N La Brea Ave #405**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 31 of 89

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$982.00**

**Kenyan Drake**
**c/o SportsTrust Advisors**
**3340 Peachtree Rd NE Suite 1600**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kerry Teeple**
**1475 Fortuna Ave.**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kim Miceli**
**P.O. Box 55344**
**Metairie, LA 70055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,126.00**

**Kirk Cousins**
**932 Chelsea Court**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00**

**Kochava, Inc.**
**201 Church Street**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Krohn & Co.**
**Attn: Alan Watters**
**655 Montgomery St.**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$843.00**

**Kyle Wiltjer**
**325 N. LaSalle St.**
**Suite 650**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00** |
|---|---|---|---|

**Lance Briggs**
**10635 NW 69 RD**
**Parkland, FL 33076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |
|---|---|---|---|

**Le'Ron McClain**
**PO Box 463**
**O Fallon, IL 62269**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
|---|---|---|---|

**Leslie Smith**
**836B Southampton #254**
**Benicia, CA 94510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,215.00** |
|---|---|---|---|

**Level 3 Communications**
**PO Box 910182**
**Denver, CO 80291**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lindy Snider**
**C/o Scott Sommermann**
**P.O. Box 25088**
**Philadelphia, PA 19147**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
|---|---|---|---|

**Liz Carmouche**
**6008 Mission Gorge Rd Suite C**
**San Diego, CA 92120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**London Road LLC**
**19 North Street**
**Huntington Station, NY 11746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 33 of 89

**3.136** | Nonpriority creditor's name and mailing address
**Marcus Brimage**
**636 Siesta Key Circle, Apt 2916**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.137** | Nonpriority creditor's name and mailing address
**Marilee Headen**
**101 Sycamore Valley Rd. West**
**Danville, CA 94526**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **convertible noteholder**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.138** | Nonpriority creditor's name and mailing address
**Marina Shafir**
**4151 Hathaway Avenue, Unit 30**
**Long Beach, CA 90815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$18.00**

---

**3.139** | Nonpriority creditor's name and mailing address
**Mark Pak**
**c/o Wire Industries, LLC**
**10 Bellamy Pl.**
**Stockbridge, GA 30281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **convertible noteholder**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.140** | Nonpriority creditor's name and mailing address
**Martin M. Stott, Sr.**
**10606 Timberlake Avenue**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.141** | Nonpriority creditor's name and mailing address
**Martin Stott**
**15035 Memorial Tower Drive**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142** | Nonpriority creditor's name and mailing address
**Matt Barkley**
**340 W. 32nd Street, # 403**
**Yuma, AZ 85364**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$222.00**

---

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 34 of 89

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00** |
|-------|---------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **Matt Hasselbeck** | ☐ Contingent | |
|       | **130 W. 73rd Street** | ☐ Unliquidated | |
|       | **Indianapolis, IN 46260** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | | |
|       | | **Basis for the claim:**  Business debt | |
|       | Last 4 digits of account number _ | | |
|       | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|-------|---------------------------------------------------|----------------------------------------------------------------------|---------------|
|       | **Megan Rapino** | ☐ Contingent | |
|       | **10960 Wilshire Blvd, Suite 2200** | ☐ Unliquidated | |
|       | **Los Angeles, CA 90024** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | | |
|       | | **Basis for the claim:**  Business debt | |
|       | Last 4 digits of account number _ | | |
|       | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,462.00** |
|-------|---------------------------------------------------|----------------------------------------------------------------------|-----------------|
|       | **MEPT Edgemoor REIT** | ☐ Contingent | |
|       | **PO Box 101304** | ☐ Unliquidated | |
|       | **Pasadena, CA 91189** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | | |
|       | | **Basis for the claim:**  Business debt | |
|       | Last 4 digits of account number _ | | |
|       | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,287.00** |
|-------|---------------------------------------------------|----------------------------------------------------------------------|----------------|
|       | **MH2 Sports** | ☐ Contingent | |
|       | **4610 Elk Ridge Court Suite E** | ☐ Unliquidated | |
|       | **Flowery Branch, GA 30542** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | | |
|       | | **Basis for the claim:**  Business debt | |
|       | Last 4 digits of account number _ | | |
|       | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---------------------------------------------------|----------------------------------------------------------------------|-------------|
|       | **Michael C. Liou** | ☐ Contingent | |
|       | **1116 Barroilhet Avenue** | ☐ Unliquidated | |
|       | **Hillsborough, CA 94010** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | | |
|       | | **Basis for the claim:** _ | |
|       | Last 4 digits of account number _ | | |
|       | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|---------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **Michael Worley** | ☐ Contingent | |
|       | **4303 Chuck Yeager Dr.** | ☐ Unliquidated | |
|       | **Baton Rouge, LA 70807** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | | |
|       | | **Basis for the claim:**  notice only | |
|       | Last 4 digits of account number _ | | |
|       | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|---------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **Michael Worley** | ☐ Contingent | |
|       | **303 Timber Creek** | ☐ Unliquidated | |
|       | **Hammond, LA 70403** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | | |
|       | | **Basis for the claim:**  Notice only | |
|       | Last 4 digits of account number _ | | |
|       | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Mike Farley** | ☐ Contingent | |
| | **15011 Bridle Trace Lane** | ☐ Unliquidated | |
| | **Pineville, NC 28134** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Mike Wells** | ☐ Contingent | |
| | **889 Ellington Dr.** | ☐ Unliquidated | |
| | **Biloxi, MS 39532** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Mike Worley** | ☐ Contingent | |
| | **W Resources LLC** | ☐ Unliquidated | |
| | **PO BOX 249** | ☐ Disputed | |
| | **Hammond, LA 70404** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,910.00** |
| --- | --- | --- | --- |
| | **MM** | ☐ Contingent | |
| | **1759 Broadway** | ☐ Unliquidated | |
| | **Oakland, CA 94612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
| --- | --- | --- | --- |
| | **Mobil Media Summit** | ☐ Contingent | |
| | **8306 Wilshire Blvd #395** | ☐ Unliquidated | |
| | **Beverly Hills, CA 90211** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$575.00** |
| --- | --- | --- | --- |
| | **Namaste Pictures** | ☐ Contingent | |
| | **574 Kings Rd.** | ☐ Unliquidated | |
| | **Alameda, CA 94501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,547.00** |
| --- | --- | --- | --- |
| | **Nate Diaz** | ☐ Contingent | |
| | **5251 Quashnick Rd.** | ☐ Unliquidated | |
| | **Stockton, CA 95212** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|--------|

**Nate Marquardt**
**6431 Russell Way**
**Arvada, CO 80007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Neil Scrimpshire**
**9 Heritage Trail**
**Laurel, MS 39440**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **convertible noteholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**NetRatings LLC**
**24150 Network Place**
**Lockbox 24150**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Nex Systems**
**235 Frank West Circle**
**Stockton, CA 95206**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,286.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Nick Diaz**
**8745 E. Adahmer Lane**
**Stockton, CA 95212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Nick Hatzis**
**6317 Hope Estate Dr.**
**Baton Rouge, LA 70802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **convertible noteholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Operative Media**
**Box 200663**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 37 of 89

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,474.00 |
|---|---|---|---|

**Optimizely, Inc.**
**Dept CH 19940**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Orrick**
**Attn: Greg Heibel**
**1000 Marsh Rd.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377,320.00 |
|---|---|---|---|

**Orrick**
**Dept. 34461**
**P.O. Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ortho Investments, LLC**
**1367 Forest Creek Drive**
**Shreveport, LA 71115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Parcorp**
**2140 S. Dupont HIghway**
**Camden, DE 19934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice to agent for service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pat Cuntz**
**8627 Myrtlelake Dr**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **convertible noteholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,950.00 |
|---|---|---|---|

**Patrick Peterson**
**PO Box 473364**
**Charlotte, NC 28247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 38 of 89

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul and Debbie Bertuccini**
4924 Alexandra Drive
Metairie, LA 70003

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Janish**
87 So. Shimmering Aspen Circle
The Woodlands, TX 77389

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __convertible noteholder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Talbot**
15012 Copping Drive
Baton Rouge, LA 70810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$830.00** |
|---|---|---|---|

**Perry Ellis**
325 N LaSalle Street Suite 650
Chicago, IL 60654

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter J. Bush**
2945 Dakin Avenue
Baton Rouge, LA 70820

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Wright**
1615 Polydras St.
New Orleans, LA 70112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$788.00** |
|---|---|---|---|

**Phil Davis**
795 Third Ave.
Chula Vista, CA 91910

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 39 of 89

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,015.00** |
|---|---|---|---|

**Phillip Heath**
c/o Stewart Cables
1035 Pearl St. Suite 200
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$485.00** |
|---|---|---|---|

**Pierre Garcon**
330 W. Spring St.
Suite 460
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pontchartrain Capital LLC**
729 Camp Street
New Orleans, LA 70130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,097.00** |
|---|---|---|---|

**Prudential Insurance**
PO Box 41594
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Rafael dos Anjos**
8 Sea Island Dr.
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,420.00** |
|---|---|---|---|

**Ray Hibbard**
16135 Ozark Ave.
Tinley Park, IL 60477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reid Hill**
6204 Mossy Oak Dr. East
Ocean Springs, MS 39564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 40 of 89

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Rex Burkhead**
**1701 Lake Side Lane**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard K. Pellerin**
**4703 Bluebonnet Blvd**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Pellerin**
**4703 Bluebonnet Blvd.**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __convertible noteholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roger Cutrer**
**18550 Amen Corner Ct.**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Roy Ashcraft**
**2431 Highway North**
**Qulin, MO 63961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __convertible noteholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Russ Springer**
**8280 YMCA Plaza Dr # 5,**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,221.00** |
|---|---|---|---|

**Ryan Benoit**
**6529 Southpoint Dr.**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 41 of 89

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,770.00** |
|---|---|---|---|

**Salesforce**
**P.O. Box 203141**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott A. Lewis**
**1701 Paloma Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Wegman**
**1330 Post Oak Blvd., #2700**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **convertible noteholder**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shawn and Justine Bookin**
**637 17th Street**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00** |
|---|---|---|---|

**Shayna Bazsler**
**4740 Warner Ave, #209**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,734.00** |
|---|---|---|---|

**Shea Labagh Dobberstein**
**Attn: Adam Buttery**
**505 Montgomery St., #500**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **accounting services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Socialbakers**
**12 West 27th St., 12th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 42 of 89

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $10,000.00 |
|---|---|---|---|

**St,. Fabian Catholic Church**
**5266 Old Highway 11**
**Suite 70-214**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $332,500.00 |
|---|---|---|---|

**Stats LLC**
**c/o Stein & Rothman**
**77 West Washington St., Ste. 1105**
**Chicago, IL 60602-2801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Claim for license**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $180,000.00 |
|---|---|---|---|

**Stein & Rotman**
**77 W. Washington St., #1105**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Attorneys for Stats LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Stephen Williams**
**300 Bothin Road**
**Fairfax, CA 94930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Steve May**
**17535 Hazeltine Drive**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Steve Queyrouze**
**141 Robert E. Lee Blvd. #133**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,274.00 |
|---|---|---|---|

**Steve Smith, Sr.**
**8504 Longview Club**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-30995  Doc# 1  Filed: 10/03/17  Entered: 10/03/17 16:45:17  Page 43 of 89

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,414.00** |
|---|---|---|---|

**Steve Weatherford**
**10635 NW 69th Pl**
**Parkland, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,995.00** |
|---|---|---|---|

**Tapjoy, Inc.**
**Dept. CH**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.30** |
|---|---|---|---|

**Tarec Saffiedine**
**27569 Viridian St., Ste. 1**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.00** |
|---|---|---|---|

**Thiago Pereira**
**1033 6th St., #205**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$404.00** |
|---|---|---|---|

**Tiffany Van Soest**
**1751 Wollacott St.**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Bougese**
**19131 Point O' Woods Ct.**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **convertible noteholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Tom McDonald**
**1108 Western Ave.**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 44 of 89

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Tony Ferguson**
**17461 Derian Ave. Ste. 108**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,524.00** |
|---|---|---|---|

**Trevor Bauer**
**126 N. Valley Oaks Circle**
**Spring, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Trifelleti Family Trust**
**1263 Crimson Court**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.00** |
|---|---|---|---|

**Troy Daniels**
**2553 Maycrest St. NW**
**Roanoke, VA 24012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178.00** |
|---|---|---|---|

**Tyrone Crawford**
**104 E. Prescott**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,004.00** |
|---|---|---|---|

**Verizon Digital Media**
**13031 W. Jefferson**
**Bldg. 900**
**Los Angeles, CA 90094**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 45 of 89

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**W Resources LLC**
**303 Timber Creek**
**Hammond, LA 70403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Whit Shaw**
**120 West Morehead St #400**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Woodgate VFN Holdings**
**c/o Nathan Stedham**
**9121 Elizabeth Rd., Ste. 106**
**Houston, TX 77055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**Xavier Vigney**
**1201 W. 18th St.**
**Antioch, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98.00** |
|---|---|---|---|

**Yancey Medeiros**
**85844 Fricke St.**
**Waianae, HI 96792**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allen Maxwell & Silver**<br>**P.O Box 540**<br>**Fair Lawn, NJ 07410** | Line  **3.54** <br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 17,269.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,173,970.30 |

Case: 17-30995   Doc# 1   Filed: 10/03/17   Entered: 10/03/17 16:45:17   Page 46 of 89

Debtor    **SQOR, Inc.**                                      Case number (if known) _____
          _____
          Name

**5c. Total of Parts 1 and 2**                    5c.    $ _____ **2,191,239.30**
Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name    **SQOR, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
  amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name __**SQOR, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br><br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $1,279,351.00 |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $1,994,867.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 50 of 89

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Stats LLC v. SQOR, Inc.<br>17 L 004734 | Breach of contract | Circuit Court of Cook County Illinois<br>50 W. Washington St<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | American Soccer Company, Inc. v. Sqor, Inc.<br>16-55051 | Trademark infringement case | Ninth Circuit Court of Appeals<br>95 Seventh St.<br>San Francisco, CA 94103 | ☐ Pending<br>■ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 51 of 89

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

## Part 5:     Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:     Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP**<br>**456 Montgomery St., 20th Floor**<br>**San Francisco, CA 94104** | | **July 26, 2017** | **$7,500.00** |
| | Email or website address<br>**sfinestone@fhlawllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | Debtor sold of its equipment, furniture and similar items over past six months. Funds were used to pay limited costs of operations - approximate sale proceeds = $10.000 | | |
| | **Micellaneous parties** | | | **$10,000.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
     Is the debtor primarily engaged in offering services and facilities for:
     - diagnosing or treating injury, deformity, or disease, or
     - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
     Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
     Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Krohn, Watters & Hicks, LLP**<br>**655 Montgomery St.**<br>**San Francisco, CA 94111** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Shea Labagh Dobberstein**<br>**Attn: Adam Buttery**<br>**505 Montgomery St., #500**<br>**San Francisco, CA 94111** | |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **HireAthena**<br>**171 2nd St., #3**<br>**San Francisco, CA 94105** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.  **Callais Capital**<br>**401 Focus St.**<br>**Thibodaux, LA 70301** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 55 of 89

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Wilhite | 475 Sansome Street<br>San Francisco, CA 94111 | CEO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No<br>
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brett Favre | 1 Willow Bend Dr.<br>Hattiesburg, MS 39402 | member of the board | resigned in approximately June 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian May | 10606 Timberlake Ave.<br>Baton Rouge, LA 70810 | member of the board | resigned in approximately June 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mike Worley | W Resources LLC<br>PO BOX 249<br>Hammond, LA 70404 | member of the board | resigned in approximately June 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John Durham | 550 Montgomery St., #750<br>San Francisco, CA 94104 | Member of the board | resigned in approximately June 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dimitrios Bachadakis | Oberanger 32, 80331<br>Munich<br>GERMANY | member of the board | resigned in approximately June 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No<br>
■ Yes. Identify below.

Case: 17-30995    Doc# 1    Filed: 10/03/17    Entered: 10/03/17 16:45:17    Page 56 of 89

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brian Wilhite**<br>**475 Sansome Street**<br>**San Francisco, CA 94111** | **$200,000 (estimated)** | **paid over last 12 months.** | **CEO services** |
| | Relationship to debtor<br>**CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  3, 2017**

**/s/ Brian Wilhite**                                      **Brian Wilhite**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                          Case No.

    **SQOR, Inc.**

_____ Debtor(s). _____ /

<u>**CREDITOR MATRIX COVER SHEET**</u>

      I declare that the attached Creditor Mailing Matrix, consisting of __29__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **October 3, 2017**

                                    **/s/ Stephen D. Finestone**
                                      Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

Action Screen Printers, Inc.
13134 Highway 190
Covington, LA 70433


Adriano de Souza
3204 Avenido del Presidente #19
San Clemente, CA 92672


Aisling Daly
24 Kilworth Rd., Drimnagh
Dublin 12
IRELAND


Alan Jouban
10937 Bloomfield St. #6
Studio City, CA 91602


Allen Maxwell & Silver
P.O Box 540
Fair Lawn, NJ 07410


Amazon Web Services
P.O. Box 84023
Seattle, WA 98124


Andrew D. Castricone
Gordon Rees et al.
275 Battery St., Ste. 2000
San Francisco, CA 94111


Applause, Inc.
PO Box 347435
Pittsburgh, PA 15251

Ashlynn Harris
10960 Wilshire Blvd Suite 2200
Los Angeles, CA 90024


Avery Williamson
377 Athens Way # 220
Nashville, TN 37228


Baker & McKenzie
Bethmannstraße 50-54
60311 Frankfurt
GERMANY


Barbara Honchak
1505 State Ave.
Hampton, IL 61256


Barney & Barney
Lockbox 740663
Los Angeles, CA 90074


Basho Technologies, Inc.
1500 District Ave
Burlington, MA 01803


Bejamin G. Newman
104 Chestnut Hill Road
Flora, MS 39071


Booker Huffman
1005 Clover Ridge Avenue
Friendswood, TX 77546

BrandAmp, LLC
3101 W Coast Hwy Suite 100
Newport Beach, CA 92663


Brandon Abidin
16939 Highland Club Ave
Baton Rouge, LA 70817


Brandon J. Williams
c/o SportsTrust Advisors/Julia Lauria
3340 Peachtree Rd NE Suite 1600
Atlanta, GA 30326


Brett Favre
1 Willow Bend Dr.
Hattiesburg, MS 39402


Brian May
10606 Timberlake Ave.
Baton Rouge, LA 70810


Brian May
17525 Hazeltine Drive
Baton Rouge, LA 70810


Brian Wilhite
475 Sansome Street
San Francisco, CA 94111


Brightcove, Inc.
PO Box 83318
Woburn, MA 01813

Calais Campbell
120 E. Rio Salado Parkway #104
Tempe, AZ 85281


Callais Capital
401 Focus St.
Thibodaux, LA 70301


Carastone
Attn: Adam Vickers
650 Poydras St., Ste. 1130
New Orleans, LA 70130


Carlos Condit
10202 Karen NE
Albuquerque, NM 87111


Casey Cuntz
21216 W. Kelsey Creek Trail
Cypress, TX 77433


Cat Osterman
1202 Doral Ct
San Antonio, TX 78260


Cat Zingano
341 East Alondra Blvd.
Gardena, CA 90248


Cetera Investments
FBO Peter J. Bush
400 First Street South, Suite 300
Saint Cloud, MN 56301

Chameleon Collective
10012 NW 2nd Street
Plantation, FL 33324


Charles Baker
2800 JP Morgan Chase Tower
600 Travis
Houston, TX 77002


Charles Haddad
230 Rosewood Drive
Metairie, LA 70005


Charles J. Duhe, Jr.
8550 United Plaza Boulevard, Suite 101
Baton Rouge, LA 70809


Chase Bank
401 California St.
San Francisco, CA 94104


Chris Donnelly
465 Throckmorton
Mill Valley, CA 94941


Chris Miles
694 Tatum Camp Rd.
Purvis, MS 39475


Chris Reddish
6378 Oakleigh Way
Mobile, AL 36693

Chris Weidman
17461 Derian Ave Suite 108
Irvine, CA 92614


Christiane Justino
2414 North Tustin Avenue #G9
Santa Ana, CA 92705


CIP Holding AG
Oberanger 32
Munich 80331
GERMANY


CIP Services AG
Oberanger 32
D-80331 Munich
GERMANY


Clearside, Inc.
PO Box 7806
San Francisco, CA 94120


Cockrell Group Accounting
271 17th St. NW
Suite 530
Atlanta, GA 30363


Cohn & Wolfe
PO Box 101890
Atlanta, GA 30392


Colin Ryan
Carnakilla Newmarket on Fergus
County Clare
IRELAND

Compas Global Technologies
1018 Fulton Street
Palo Alto, CA 94301


Curtis Chastain
6233 Overton Dr.
Baton Rouge, LA 70808


Dan Black
1201 W 18th Street
Antioch, CA 94509


Dan Williams
9777 Wilshire Blvd Suite 1018
Beverly Hills, CA 90202


Daniel Jeremiah
35069 Slater Ave.
Winchester, CA 92596


Danny Castillo
2012 P Street
Sacramento, CA 95811


Darryl May
17807 Cascades Avenue
Baton Rouge, LA 70810


Databricks
160 Spear Street Floor 13
San Francisco, CA 94105

Datadog, Inc.
620 8th Ave.
Floor 45
New York, NY 10018


David Delucci
8280 YMCA Plaza Dr # 5
Baton Rouge, LA 70810


David Murnick
237 Old Farm Lane
Fairfield, CT 06825


Dean Hulett
833 Osprey Cove
Biloxi, MS 39532


Delanie Walker
6080 Center Drive 6th Floor
Los Angeles, CA 90045


DeMarcus Lawrence
P.O. Box 463
O Fallon, IL 62269


Dennis Lowry
112 King Ranch Drive
Lafayette, LA 70508


Devon Still
10635 NW 69th Pl
Parkland, FL 33076

Dimitrios Bachadakis
Oberanger 32, 80331
Munich
GERMANY


Dont'a Hightower
c/o SportsTrust Advisors/Julia Lauria
3340 Peachtree Rd NE Suite 1600
Atlanta, GA 30326


Dos Gris Exploration LLC
c/o Mike Worley
303 Timber Creek
Hammond, LA 70403


Drew Gaudet
18550 Amen Corner Ct.
Baton Rouge, LA 70810


Dwayne Harris
1001 Lake Carolyn Parkway Apt. 214
Irving, TX 75039


Edward Koller, Jr.
167 East 61st Street, Apt 10C
New York, NY 10065


Emaleigh White
475 Sansome Street
San Francisco, CA 94111


Employment Development Dept.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Empower Gym
747 Front St
San Francisco, CA 94107


Eric James
c/o P&H Properties LLC
140 Mayfair Rd., #800
Hattiesburg, MS 39402


Erlang Solutions
101 Black Church Lane
London E1 1 LU
UNITED KINGDOM


Filipe Toledo
1618 Via Sage
San Clemente, CA 92673


First Insurance Funding Corp.
 PO Box 7000
Carol Stream, IL 60197


Foley & Lardner
321 North Clark Street #2800
Chicago, IL 60654


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000


Franklin J. Fleischhauer
4220 Montalvo Drive
Pensacola, FL 32504

Franklin R. Johnson, Jr.
10154 Jefferson Hwy Suite 4
Baton Rouge, LA 70809


Frostee Rucker
4360 Brownsboro Road Suite 101
Louisville, KY 40207


Gary Noel
17836 N. LA Hwy 82
Abbeville, LA 70510


Geno Atkins
c/o SportsTrust Advisors/Julia Lauria
3340 Peachtree Rd NE Suite 1600
Atlanta, GA 30326


Gordon & Rees
1111 Broadway, Ste. 1700
Oakland, CA 94607


Gordon D'Arcy
Leinster Rugby Newstead, Bldg. A
Clonskeagh, Dublin
IRELAND


Grant Young
605 10th Ave
San Francisco, CA 94118


Greenhouse Software, Inc.
110 Fifth Avenue 3rd Floor
New York, NY 10011

Greg Jennings
4603 Annaway Drive
Edina, MN 55436


Greg Jizmagian
559 Placitas Ave
Menlo Park, CA 94025


Guillermo Rivera
Lafinur 2974 2B
Buenos Aires, CABA 1425
ARGENTINA


Gunnar Nelson
c/o Paradigm MMA Mgmt
17461 Derian Ave Ste 108
Irvine, CA 94974


Hanson Bridgett LLP
425 Market St.
26th Floor
San Francisco, CA 94105


HBK-Shawn Michaels
3748 Catclaw Dr #262
Abilene, TX 79606


Henry Benner
55 Rainbow Circle
Danville, CA 94506


HireAthena
171 2nd St., #3
San Francisco, CA 94105

HireAthena
5 Third St., Suite 900
San Francisco, CA 94103


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Jake Shields
P.O. Box 2002
Arnold, CA 95224


Jake VanLandingham
2570 Manassas Way
Tallahassee, FL 32312


James F. Fruge
8655 Jefferson Hwy, Unit 1
Baton Rouge, LA 70809


James Moontasri
1114 West 204th Street
Torrance, CA 90502


James Westermeyer
120 Forest Hill Drive
Clayton, CA 94517


Jerry Fenton
119 W. Canebrake Blvd.
Hattiesburg, MS 39402

Jessamyn Duke
16800 Sierra Vista Way
Cerritos, CA 90703


Jim Calhoun
PO Box 884
Ross, CA 94957


Jimmie B. Hammack
17143 N. Lakeway
Baton Rouge, LA 70810


Jimmy Howard
333 Millikens Bend
Hattiesburg, MS 39402


Joe Lauzon
6529 Southpoint Drive
Dallas, TX 75248


Joel Bolomboy
325 N LaSalle Street Suite 650
Chicago, IL 60654


John & Elisha Dudney
10574 Shore Cove
Biloxi, MS 39532


John Durham
550 Montgomery St., #750
San Francisco, CA 94104

John Durham
2344 Golden Gate
San Francisco, CA 94118


John E. Lord
One LLP
9301 Wilshire Blvd., PH
Beverly Hills, CA 90210


John Held
9595 Six Pines Drive, Suite 8210
The Woodlands, TX 77380


Johnny Hendricks
6529 Southpoint Dr.
Dallas, TX 75248


Jon Jones
7340 SW 48th Street Suite 108B
Miami, FL 33155


JR Smith
4 Molsbury Lane
Millstone Township, NJ 08510


JRAD Solutions, LLC
c/o Ricky Simmons
8280 YMCA Plaza Dr, Bldg 7
Baton Rouge, LA 70810


Julian Aldridge
49 Mariner Green Dr.
Corte Madera, CA 94925

Julianna Pena
206 E. St. Thomas More Way
Spokane, WA 99208


Justine Kish
1008 Middleton Ct
Cramerton, NC 28032


Kathy Worley
22784 Ligon Road
Zachary, LA 70791


Katie Chung Hua
1735 N La Brea Ave #405
Los Angeles, CA 90046


Keating Consulting Group
1735 N La Brea Ave #405
San Mateo, CA 94404


Kenyan Drake
c/o SportsTrust Advisors
3340 Peachtree Rd NE Suite 1600
Atlanta, GA 30326


Kerry Teeple
1475 Fortuna Ave.
San Diego, CA 92109


Kim Miceli
P.O. Box 55344
Metairie, LA 70055

Kirk Cousins
932 Chelsea Court
Holland, MI 49423


Kochava, Inc.
201 Church Street
Sandpoint, ID 83864


Krohn & Co.
Attn: Alan Watters
655 Montgomery St.
San Francisco, CA 94111


Kyle Wiltjer
325 N. LaSalle St.
Suite 650
Chicago, IL 60654


Lance Briggs
10635 NW 69 RD
Parkland, FL 33076


Le'Ron McClain
PO Box 463
O Fallon, IL 62269


Leslie Smith
836B Southampton #254
Benicia, CA 94510


Level 3 Communications
PO Box 910182
Denver, CO 80291

Lindy Snider
C/o Scott Sommermann
 P.O. Box 25088
Philadelphia, PA 19147


Liz Carmouche
6008 Mission Gorge Rd Suite C
San Diego, CA 92120


London Road LLC
19 North Street
Huntington Station, NY 11746


Marcus Brimage
636 Siesta Key Circle, Apt 2916
Deerfield Beach, FL 33441


Marilee Headen
101 Sycamore Valley Rd. West
Danville, CA 94526


Marina Shafir
4151 Hathaway Avenue, Unit 30
Long Beach, CA 90815


Mark Pak
c/o Wire Industries, LLC
10 Bellamy Pl.
Stockbridge, GA 30281


Martin M. Stott, Sr.
10606 Timberlake Avenue
Baton Rouge, LA 70810

Martin Stott
15035 Memorial Tower Drive
Baton Rouge, LA 70810


Matt Barkley
340 W. 32nd Street, # 403
Yuma, AZ 85364


Matt Hasselbeck
130 W. 73rd Street
Indianapolis, IN 46260


Megan Rapino
10960 Wilshire Blvd, Suite 2200
Los Angeles, CA 90024


MEPT Edgemoor REIT
PO Box 101304
Pasadena, CA 91189


MH2 Sports
4610 Elk Ridge Court Suite E
Flowery Branch, GA 30542


Michael C. Liou
1116 Barroilhet Avenue
Hillsborough, CA 94010


Michael Worley
4303 Chuck Yeager Dr.
Baton Rouge, LA 70807

Michael Worley
303 Timber Creek
Hammond, LA 70403


Mike Farley
15011 Bridle Trace Lane
Pineville, NC 28134


Mike Wells
889 Ellington Dr.
Biloxi, MS 39532


Mike Worley
W Resources LLC
PO BOX 249
Hammond, LA 70404


MM
1759 Broadway
Oakland, CA 94612


Mobil Media Summit
8306 Wilshire Blvd #395
Beverly Hills, CA 90211


Namaste Pictures
574 Kings Rd.
Alameda, CA 94501


Nate Diaz
5251 Quashnick Rd.
Stockton, CA 95212

Nate Marquardt
6431 Russell Way
Arvada, CO 80007


Neil Scrimpshire
9 Heritage Trail
Laurel, MS 39440


NetRatings LLC
24150 Network Place
Lockbox 24150
Chicago, IL 60673


Nex Systems
235 Frank West Circle
Stockton, CA 95206


Nick Diaz
8745 E. Adahmer Lane
Stockton, CA 95212


Nick Hatzis
6317 Hope Estate Dr.
Baton Rouge, LA 70802


Operative Media
Box 200663
Pittsburgh, PA 15251


Optimizely, Inc.
Dept CH 19940
Palatine, IL 60055

Orrick
Attn: Greg Heibel
1000 Marsh Rd.
Menlo Park, CA 94025


Orrick
Dept. 34461
P.O. Box 39000
San Francisco, CA 94139


Ortho Investments, LLC
1367 Forest Creek Drive
Shreveport, LA 71115


Parcorp
2140 S. Dupont HIghway
Camden, DE 19934


Pat Cuntz
8627 Myrtlelake Dr
Baton Rouge, LA 70810


Patrick Peterson
PO Box 473364
Charlotte, NC 28247


Paul and Debbie Bertuccini
4924 Alexandra Drive
Metairie, LA 70003


Paul Janish
87 So. Shimmering Aspen Circle
The Woodlands, TX 77389

Paul Talbot
15012 Copping Drive
Baton Rouge, LA 70810


Perry Ellis
325 N LaSalle Street Suite 650
Chicago, IL 60654


Peter J. Bush
2945 Dakin Avenue
Baton Rouge, LA 70820


Peter Wright
1615 Polydras St.
New Orleans, LA 70112


Phil Davis
795 Third Ave.
Chula Vista, CA 91910


Phillip Heath
c/o Stewart Cables
1035 Pearl St. Suite 200
Boulder, CO 80302


Pierre Garcon
330 W. Spring St.
Suite 460
Columbus, OH 43215


Pontchartrain Capital LLC
729 Camp Street
New Orleans, LA 70130

Prudential Insurance
PO Box 41594
Philadelphia, PA 19176


Rafael dos Anjos
8 Sea Island Dr.
Newport Beach, CA 92660


Ray HIbbard
16135 Ozark Ave.
Tinley Park, IL 60477


Reid Hill
6204 Mossy Oak Dr. East
Ocean Springs, MS 39564


Rex Burkhead
1701 Lake Side Lane
Plano, TX 75023


Richard K. Pellerin
4703 Bluebonnet Blvd
Baton Rouge, LA 70809


Richard Pellerin
4703 Bluebonnet Blvd.
Baton Rouge, LA 70809


Roger Cutrer
18550 Amen Corner Ct.
Baton Rouge, LA 70810

Roy Ashcraft
2431 Highway North
Qulin, MO 63961


Russ Springer
8280 YMCA Plaza Dr # 5,
Baton Rouge, LA 70810


Ryan Benoit
6529 Southpoint Dr.
Dallas, TX 75248


Salesforce
P.O. Box 203141
Dallas, TX 75320


San Francisco Tax Collector
P.O. Box 7427
San Francisco, CA 94120


Scott A. Lewis
1701 Paloma Drive
Newport Beach, CA 92660


Scott Wegman
1330 Post Oak Blvd., #2700
Houston, TX 77056


Shawn and Justine Bookin
637 17th Street
Manhattan Beach, CA 90266

Shayna Bazsler
4740 Warner Ave, #209
Huntington Beach, CA 92649


Shea Labagh Dobberstein
Attn: Adam Buttery
505 Montgomery St., #500
San Francisco, CA 94111


Socialbakers
12 West 27th St., 12th Floor
New York, NY 10001


St,. Fabian Catholic Church
5266 Old Highway 11
Suite 70-214
Hattiesburg, MS 39402


State Board of Equalization
State of California
P.O. Box 942879
Sacramento, CA 94279-0029


Stats LLC
c/o Stein & Rothman
77 West Washington St., Ste. 1105
Chicago, IL 60602-2801


Stein & Rotman
77 W. Washington St., #1105
Chicago, IL 60602


Stephen Williams
300 Bothin Road
Fairfax, CA 94930

Steve May
17535 Hazeltine Drive
Baton Rouge, LA 70810


Steve Queyrouze
141 Robert E. Lee Blvd. #133
New Orleans, LA 70124


Steve Smith, Sr.
8504 Longview Club
Waxhaw, NC 28173


Steve Weatherford
10635 NW 69th Pl
Parkland, FL 33076


Tapjoy, Inc.
Dept. CH
Palatine, IL 60055


Tarec Saffiedine
27569 Viridian St., Ste. 1
Murrieta, CA 92562


Thiago Pereira
1033 6th St., #205
Santa Monica, CA 90403


Tiffany Van Soest
1751 Wollacott St.
Redondo Beach, CA 90278

Todd Bougese
19131 Point O' Woods Ct.
Baton Rouge, LA 70809


Tom McDonald
1108 Western Ave.
Mill Valley, CA 94941


Tony Ferguson
17461 Derian Ave. Ste. 108
Irvine, CA 92614


Trevor Bauer
126 N. Valley Oaks Circle
Spring, TX 77382


Trifelleti Family Trust
1263 Crimson Court
Walnut Creek, CA 94596


Troy Daniels
2553 Maycrest St. NW
Roanoke, VA 24012


Tyrone Crawford
104 E. Prescott
Chandler, AZ 85249


Verizon Digital Media
13031 W. Jefferson
Bldg. 900
Los Angeles, CA 90094

Verizon Wireless
PO Box 660108
Dallas, TX 75266


W Resources LLC
303 Timber Creek
Hammond, LA 70403


Whit Shaw
120 West Morehead St #400
Charlotte, NC 28202


Woodgate VFN Holdings
c/o Nathan Stedham
9121 Elizabeth Rd., Ste. 106
Houston, TX 77055


Xavier Vigney
1201 W. 18th St.
Antioch, CA 94509


Yancey Medeiros
85844 Fricke St.
Waianae, HI 96792

# United States Bankruptcy Court
## Northern District of California

In re    __SQOR, Inc.__

Debtor(s)

Case No. _____

Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __SQOR, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 3, 2017

Date

/s/ Stephen D. Finestone

**Stephen D. Finestone 125675**

Signature of Attorney or Litigant

Counsel for __SQOR, Inc.__

**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624 Fax:415 398-2820**
**sfinestone@fhlawllp.com**

# United States Bankruptcy Court
## Northern District of California

In re __SQOR, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

      a)      For legal services rendered or to be rendered in contemplation of and in connection with this case            $       **7,500.00**

      b)      Prior to the filing of this statement, debtor(s) have paid            $       **7,500.00**

      c)      The unpaid balance due and payable is            $       **0.00**

3.      $ __335.00__ of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:

      a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

      b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

      c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: __October 3, 2017__

Respectfully submitted,

__/s/ Stephen D. Finestone__

Attorney for Debtor: **Stephen D. Finestone 125675**
**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624 Fax: 415 398-2820**
**sfinestone@fhlawllp.com**